**ERNEST V. HARRIS, Chapter 7 Trustee**
**P.O. Box 1586, 1045 S. Milledge Avenue**
**Athens, GA 30603, (706) 613-1953, eharris@harrisliken.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| In re:<br><br>**JEREMY MCCULLEN and**<br>**ERRICKA MCCULLEN,**<br>Debtor(s) | **Case No. 14-31098-JPS**<br><br>**Chapter 7**<br><br>**NOTICE OF UNCLAIMED DIVIDENDS** |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,015.42. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 9 | ACS Primary Care Phys., SE, PC | 332.83 | 332.83 |
| 9I | P.O. Box 12907 | 0.00 | 1.61 |
| | Norfolk, Virginia 23541 | | |
| 10 | ACS Primary Care Phys., SE, PC | 486.04 | 486.04 |
| 10I | P.O. Box 12907 | 0.00 | 2.35 |
| | Norfolk, Virginia 23541 | | |
| 11 | ACS Primary Care Phys., SE, PC | 358.85 | 358.85 |
| 11I | P.O. Box 12907 | 0.00 | 1.74 |
| | Norfolk, Virginia 23541 | | |
| 12 | ACS Primary Care Phys., SE, PC | 478.61 | 478.61 |
| 12I | P.O. Box 12907 | 0.00 | 2.31 |
| | Norfolk, Virginia 23541 | | |
| 13 | ACS Primary Care Phys., SE, PC | 332.83 | 332.83 |
| 13I | P.O. Box 129078 | 0.00 | 1.61 |
| | Norfolk, Virginia 23541 | | |
| 20I | State of Florida (interest) | 0.00 | 16.64 |
| | Florida Department of Revenue, Bankruptcy Section | | |
| | P.O. Box 6668 | | |
| | Tallahassee, FL 32314-6668 | | |
| | Total Unclaimed Dividends: | | $2,015.42 |

I certify that I have this date served a true and correct copy of this NOTICE OF UNCLAIMED DIVIDENDS to the above claimants thereby notifying them that the dividends originally owed to them and mailed to them August 1, 2016 are now submitted to the Court's registry.

Dated: January 31, 2017

/s/ Ernest V. Harris
ERNEST V. HARRIS, Trustee